UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                           CASE NO.:  14-32660-BKC-RAM
                                                                                                  Chapter 7
**SILVIA BOSCH**
SSN: XXX-XX-6923
_____Debtor._____/

**NOTICE OF POSTPONEMENT OF RULE 2004 EXAMINATION DUCES TECUM**

PLEASE TAKE NOTICE that the following examination previously scheduled for the date and location listed below is <u>postponed</u> with full reservation of rights:

| **DEPONENTS** | **DATE AND TIME** | **LOCATION** |
|---|---|---|
| Silvia Bosch<br>15534 SW 172nd Street<br>Miami, FL 33187-1374 | February 24, 2015<br>at 10:00 a.m. | Tabas, Freedman & Soloff, PA.<br>14 NE 1st Avenue<br>Penthouse<br>Miami, FL 33132 |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 20, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the Debtor:

Silvia Bosch
15534 SW 172nd Street
Miami, FL 33187-1374

                                                                 Respectfully submitted,


                                                                 /s/ Joel L. Tabas
                                                                 Joel L. Tabas
                                                                 Fla. Bar No. 516902
                                                                 Tabas, Freedman & Soloff, P.A.
                                                                 Attorneys for Trustee, Joel L. Tabas
                                                                 One Flagler Building
                                                                 14 Northeast First Avenue - PH
                                                                 Miami, Florida  33132
                                                                 Telephone:    (305) 375-8171
                                                                 Facsimile:     (305) 381-7708
                                                                 Jtabas@tabasfreedman.com